**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| JUANITA ELLERBE | * | CIVIL ACTION NO. 06-0105 |
| VERSUS | * | JUDGE JAMES |
| ALBERTSON'S, INC. | * | MAGISTRATE JUDGE HAYES |

## MEMORANDUM RULING

Before the undersigned Magistrate Judge, on reference from the District Court, are a

Motion for Joinder of a Non-Diverse Party (Document No. 12) and a Motion to Remand

(Document No. 14) filed by Plaintiff, Juanita Ellerbe ("Ellerbe"). Defendant, Albertson's Inc.

("Albertson's"), opposes both motions.

Pursuant to Rule 20 of the Federal Rules of Civil Procedure, Ellerbe seeks to join Rose

Mary & Associates, Inc. ("Rose Mary"), a Louisiana corporation, as defendant. Ellerbe avers that

Rose Mary acted negligently while conducting a cooking demonstration at a grocery store owned

by defendant, Albertson's Inc. ("Albertson's"), and therefore contributed to her slip and fall.

Albertson's opposes joinder solely on the basis that Rose Mary was not present the day Ellerbe

slipped and fell. This, however, is a factual issue and does not affect whether Ellerbe has

properly asserted a claim against Rose Mary that permits joinder. Ellerbe's claim against Rose

Mary, a non-diverse party, arises out of the same occurrence involving Albertson's and involves

common issues of law and fact. Thus, Ellerbe's Motion for Joinder will be **GRANTED**, **and**

**Rose Mary & Associates, Inc. be added as a defendant in this matter.**

Furthermore, the joinder of Rose Mary, a Louisiana corporation, destroys diversity

between the parties and, pursuant to Albertson's removal based on diversity of citizenship,

deprives the Court of jurisdiction. Thus, Ellerbe's Motion to Remand **will also** be **GRANTED,**

and this case remanded to the Fourth Judicial District Court, Ouachita Parish, Louisiana, for further proceedings. Remand of this matter is to be STAYED for 15 days in order to allow the parties an opportunity to appeal this decision. Should no appeal be filed within the applicable delays, this matter is to be remanded forthwith.

THUS DONE AND SIGNED at Monroe, Louisiana, this 6th day of March, 2006.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE